AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )   |
| v. | ) Case: 1:24–mj–00371 |
| Walter Joseph Wentland | ) Assigned To : Sharbaugh, Matthew J. |
|  | ) Assign. Date : 12/2/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Walter Joseph Wentland                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly and Disruptive Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 12/2/2024

Digitally signed by Matthew J. Sharbaugh
Date: 2024.12.02 10:37:41 -05'00'

*Issuing officer's signature*

City and state:    Washington, D.C.         Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/04/2024 , and the person was arrested on *(date)* 12/12/2024
at *(city and state)* White Plains, NY .

Date: 12/12/2024

*Arresting officer's signature*

Jonathan Welch, Special Agent
*Printed name and title*